CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 29 2011

BY JULIA C. DUDLEY, CLERK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| CASSANDRA HENDERSON, *Plaintiff,* | CASE NO. 6:08-cv-00042 |
| v. | ORDER |
| WHITE'S TRUCK STOP, INC., and ANDY TACKETT, *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's Motion for Summary Judgment (docket no. 64) and Defendant's Motion for Partial Summary Judgment (docket no. 82).

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion for Summary Judgment is hereby DENIED, and Defendant's Partial Motion for Summary Judgment is hereby GRANTED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 29th day of April, 2011.

Norman K. Moon

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

- 1 -